IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Timothy Louis ONeill : Chapter 13
             Debtor : Bankruptcy No.: 19-16451-jkf

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed May 5, 2020 was forwarded to the following parties, as follows:

*Via First Class United States Mail on May 5, 2020:*

Shari Tolmie, Bankr. Dept.
Carvant Financial, LLC
6851 Jericho Turnpike Suite 245
Syosset, NY 11791

Aimee Cobb, Bankr Admin.
Nissan Motor Acceptance Corp.
PO Box 660366
Dallas, TX 75266-0366

Michelle Allen, Bankr Spec.
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Cheryl Guziczek, Bankr Spec.
Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

*via Electronic Filing (ECF on May 5, 2020:*

Jerome B. Blank, Esquire on behalf of Wells Fargo Bank, N.A.
paeb@fedphe.com

Denise Elizabeth Carlon, Esquire on behalf of Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

Rebecca Ann Solarz, Esquire on behalf of Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

          **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        101 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@RQPLaw.com

Date:  May 5, 2020        Counsel for Debtor