IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Timothy Louis ONeill | : | Chapter 13 |
| Debtor | : | No. : 19-16451-jkf |

## AMENDED CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor Timothy Louis ONeill, hereby certify that on May 7, 2020, a true and correct copy of Debtor's Motion to Avoid the Judicial Lien of Cavalry SPV I LLC (Claimant No. 3) along with Notice of Motion was sent to the following parties, as follows:

*Via First Class USPS Mail:*

Cheryl Guziczek, Bankr. Spec.
Cavalry SPV I LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

David J. Apothaker, Esq.
Apothaker Scian P.C.
520 Fellowship Road, C306
Mt. Laurel, NJ 08054-5496

*Via Electronic Filing (ECF):*

Jerome B. Blank
paeb@fedphe.com

Denise Elizabeth Carlon on behalf of Creditor Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq,. Chapter 13 Truste
ECFMail@ReadingCh13.com

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
      T: 610.323.5300
      F: 610.323.6081
      jquinn@rqplaw.com
      Counsel for Debtor

Date: May 7, 2020