IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Timothy Louis ONeill         :        Chapter 13
           Debtor                    :        Bankruptcy No.: 19-16451-jkf

## CERTIFICATE OF SERVICE

      I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed May 19, 2020 was forwarded to the following parties, as follows:

*Via Certified First Class United States Mail on May 19, 2020:*

Shari Tolmie, Bankr. Dept.
Carvant Financial, LLC
6851 Jericho Turnpike Suite 245
Syosset, NY 11791

*Via First Class United States Mail on May 19, 2020:*

Aimee Cobb, Bankr Admin.
Nissan Motor Acceptance Corp.
PO Box 660366
Dallas, TX 75266-0366

Michelle Allen, Bankr Spec.
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Cheryl Guziczek, Bankr Spec.
Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

David J. Apothaker, Esq.
Apothaker Scian P.C.
520 Fellowship Road, C306
Mt. Laurel, NJ 08054-5496

*via Electronic Filing (ECF on May 19, 2020:*

Jerome B. Blank, Esquire on behalf of Wells Fargo Bank, N.A.
paeb@fedphe.com

Denise Elizabeth Carlon, Esquire on behalf of Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

Rebecca Ann Solarz, Esquire on behalf of Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

                                  **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        101 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@RQPLaw.com
Date: <u>May 19, 2020</u>        Counsel for Debtor