IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Timothy Louis ONeill | : | Chapter 13 |
| Debtor | : | No. : 19-16451-jkf |

## **CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Timothy Louis ONeill, Debtor in the above-captioned matter.

2. That a copy of the motion to avoid the judicial lien of Cavalry SPV I LLC at docket no. 2018-23936, along with notice of motion filed with this Court on May 7, 2020 was served upon parties in interest on May 7, 2020.

3. A Certificate of Service was filed with this Court on May 7, 2020 declaring service to the parties in interest.

4. A response deadline was set for May 27, 2020.

5. No response to said Motion has been received as of June 3, 2020.

        Respectfully Submitted,

        ROSS, QUINN & PLOPPERT, P.C

        BY:   */s/ Joseph Quinn*
               Joseph Quinn, Esquire
               Attorney I.D. No. 307467
               192 S. Hanover Street, Suite 101
               Pottstown, PA  19464
               T: (610) 323 - 5300
               F: (610) 323 - 6081

Date: June 3, 2020               JQuinn@rqplaw.com