IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Timothy Louis ONeill | : | Chapter 13 |
| Debtor | : | No. : 19-16451-jkf |

## ORDER

AND NOW, upon the motion of Debtor Timothy Louis ONeill to avoid the judicial lien arising from docket number 2018-16347 at the Montgomery County Court of Common Pleas upon Debtor Timothy Louis ONeill's exempt real property located at 1928 N Pleasantview Road, Pottstown, Montgomery County, Pennsylvania, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Cavalry SPV I LLC, if any, in Debtor Timothy Louis ONeill's real property located at 1928 N Pleasantview Road, Pottstown, Montgomery County, Pennsylvania is avoided.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates the lien voided under Section 522.

BY THE COURT:

Dated: June 4, 2020

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge