United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-16451-jkf
Timothy Louis ONeill                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD            Page 1 of 1            Date Rcvd: Jun 04, 2020
                      Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
db             +Timothy Louis ONeill,   1928 N. Pleasant View Road,   Pottstown, PA 19464-2219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
        DENISE ELIZABETH CARLON    on behalf of Creditor    Nissan Motor Acceptance Corporation
         bkgroup@kmllawgroup.com
        JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
        JOSEPH L QUINN    on behalf of Debtor Timothy Louis ONeill CourtNotices@rqplaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Nissan Motor Acceptance Corporation
         bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                        TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Timothy Louis ONeill | : | Chapter 13 |
| Debtor | : | No. : 19-16451-jkf |

### ORDER

AND NOW, upon the motion of Debtor Timothy Louis ONeill to avoid the judicial lien arising from docket number 2018-23936 at the Montgomery County Court of Common Pleas upon Debtor Timothy Louis ONeill's exempt real property located at 1928 N Pleasantview Road, Pottstown, Montgomery County, Pennsylvania, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Cavalry SPV I LLC, if any, in Debtor Timothy Louis ONeill's real property located at 1928 N Pleasantview Road, Pottstown, Montgomery County, Pennsylvania is avoided.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates the lien voided under Section 522.

BY THE COURT:

Dated: June 4, 2020

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge