United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Timothy Louis ONeill  
    Debtor

Case No. 19-16451-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: dlv | Page 1 of 1 | Date Rcvd: Jun 10, 2020 |
| | Form ID: 155 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
db     +Timothy Louis ONeill,  1928 N. Pleasant View Road,  Pottstown, PA 19464-2219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:
    DENISE ELIZABETH CARLON   on behalf of Creditor   Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com
    JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
    JOSEPH L QUINN   on behalf of Debtor Timothy Louis ONeill CourtNotices@rqplaw.com
    REBECCA ANN SOLARZ   on behalf of Creditor   Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com
    SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                           TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Timothy Louis ONeill
    Debtor(s)

Chapter: 13

Bankruptcy No: 19−16451−jkf
_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this June 10, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Jean K. FitzSimon
    Judge ,
    United States Bankruptcy Court

49
Form 155