| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-16451-AMC**

Timothy Louis ONeill
1928 N. Pleasant View Road
Pottstown  PA    19464

Petition Filed Date: 10/15/2019
341 Hearing Date: 11/22/2019
Confirmation Date: 06/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/22/2019 | $628.00 | | 12/26/2019 | $628.00 | | 01/23/2020 | $628.00 | |
| 02/25/2020 | $628.00 | | 03/23/2020 | $628.00 | | 04/22/2020 | $628.00 | |
| 05/22/2020 | $628.00 | | 06/22/2020 | $887.00 | | 07/22/2020 | $887.00 | |

**Total Receipts for the Period: $6,170.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,170.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Timothy Louis ONeill | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION  »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)  »» 02P | Priority Crediors | $13,352.82 | $2,346.50 | $11,006.32 |
| 3 | UNITED STATES TREASURY (IRS)  »» 02U | Unsecured Creditors | $236.99 | $0.00 | $236.99 |
| 4 | CAVALRY INVESTMENTS LLC  »» 003 | Unsecured Creditors | $2,821.08 | $0.00 | $2,821.08 |
| 5 | CAVALRY INVESTMENTS LLC  »» 004 | Unsecured Creditors | $3,895.78 | $0.00 | $3,895.78 |
| 6 | PHYSICIANS CLINIC OF IOWA  »» 005 | Unsecured Creditors | $315.34 | $0.00 | $315.34 |
| 7 | WELLS FARGO BANK NA  »» 006 | Mortgage Arrears | $20,697.05 | $0.00 | $20,697.05 |
| 8 | CARVANT FINANCIAL LLC  »» 007 | Secured Creditors | $9,723.25 | $0.00 | $9,723.25 |
| 9 | UNIFUND  »» 008 | Unsecured Creditors | $5,798.38 | $0.00 | $5,798.38 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES  »» 009 | Unsecured Creditors | $8,097.18 | $0.00 | $8,097.18 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES  »» 010 | Unsecured Creditors | $3,907.15 | $0.00 | $3,907.15 |
| 12 | BECKET & LEE, LLP  »» 011 | Unsecured Creditors | $3,433.89 | $0.00 | $3,433.89 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 012 | Unsecured Creditors | $50.00 | $0.00 | $50.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $2,449.00 | $2,449.00 | $0.00 |

**Chapter 13 Case No. 19-16451-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,170.00 | Current Monthly Payment: | $887.00 |
| Paid to Claims: | $4,795.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $576.20 | Total Plan Base: | $51,407.00 |
| Funds on Hand: | $798.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.