THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Timothy Louis ONeill,	:	Chapter 13
              Debtor	:	Bankruptcy No.: 19-16451-amc

## CERTIFICATE OF SERVICE

      I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's Motion to Incur Debt along with Notice of Motion, was forwarded to the following parties, as follows:

*Via First Class Mail, Postage Pre-Paid on April 14, 2022:*

Michelle Allen, Bankruptcy Specialist
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Shari Tolmie, Bankruptcy Department
Carvant Financial LLC
6851 Jericho Turnpike Suite 245
Syosset, NY 11791

Cheryl Guziczek, Bankr Spec.
Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Aimee Cobb, Bankr Admin.
Nissan Motor Acceptance Corp.
PO Box 660366
Dallas, TX 75266-0366

Melissa Iacobucci, Esquire
Karen Ann Ulmer, P.C.
174 Middletown Blvd
Suite 300
Langhorne, PA 19047

All parties and creditors not otherwise notified electronically listed on the mailing matrix.

*Via Electronic Filing (ECF) on April 14, 2022:*

Jerome B. Blank on behalf of Creditor Wells Fargo Bank, N.A.
paeb@fedphe.com

1

Denise Elizabeth Carlon on behalf of Creditor Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

James Randolph Wood on behalf of Creditor Lower Pottsgrove Township
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

*Via E-Mail on April 14, 2022:*

Melissa Iacobucci, Esquire on behalf of Jamie ONeill
miacobucci@ulmerlaw.com

                                          **ROSS, QUINN & PLOPPERT, P.C.**

                        By:    */s/ Joseph Quinn*
                              Joseph Quinn, Esquire
                              Attorney I.D. No. 307467
                              192 S. Hanover St., Suite 101
                              Pottstown, PA 19464
                              T: 610.323.5300
                              F: 610.323.6081
                              JQuinn@rqplaw.com
Date:  April 12, 2022                 Counsel for Debtor