IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Timothy Louis ONeill, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-16451-amc |

## **CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Timothy Louis ONeill, Debtor in the above-captioned matter.

2. That a Motion to Incur Debt was filed with this Court on April 12, 2022.

3. That a copy of the Motion and Notice of Motion was served upon parties in interest on April 12, 2022.

4. A certificate of service was filed with the Court on April 12, 2022 declaring timely service to the above-referenced parties.

5. A response deadline was set as May 5, 2022.

6. No response to said Motion has been received as of May 23, 2022.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn,*
Joseph L. Quinn, Esquire
Attorney for Debtor
192 S Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: May 23, 2022