THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Timothy Louis ONeill, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-16451-amc |

## ORDER

AND NOW, after review of the motion to incur a mortgage refinance debt with Cardinal Financial Company, Limited Partnership and opportunity for hearing, it is hereby ORDERED that the Debtor's motion to incur debt to refinance the property known as 1928 N Pleasantivew Road, Pottstown, PA 19464 is GRANTED.

BY THE COURT:

**Date: May 25, 2022**

_____    _____
DATE                            HON. ASHELY M. CHAN
                                U.S. BANKRUPTCY JUDGE