United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Timothy Louis ONeill  
    Debtor

Case No. 19-16451-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 25, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Timothy Louis ONeill, 1928 N. Pleasant View Road, Pottstown, PA 19464-2219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Pottsgrove Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| JOSEPH L QUINN | on behalf of Debtor Timothy Louis ONeill CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Timothy Louis ONeill, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-16451-amc |

### ORDER

AND NOW, after review of the motion to incur a mortgage refinance debt with Cardinal Financial Company, Limited Partnership and opportunity for hearing, it is hereby ORDERED that the Debtor's motion to incur debt to refinance the property known as 1928 N Pleasantivew Road, Pottstown, PA 19464 is GRANTED.

BY THE COURT:

**Date: May 25, 2022**

_____        _____
DATE                                                HON. ASHELY M. CHAN
                                                         U.S. BANKRUPTCY JUDGE