## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: TIMOTHY LOUIS O'NEILL  
        Debtor

Case No. 19-16451 amc  
Chapter 13  
HEARING: August 24, 2022

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE OF AUGUST 24, 2022 AT 11:00 AM

    Jamie O'Neill has filed with the US Bankruptcy Court a Motion for Relief from Stay Regarding the enforcement of an Order, issued on April 18, 2022, by the Court of Common Pleas, Montgomery County, Pennsylvania and a Property Settlement Agreement, dated January 31, 2022, both involving Debtor, Timothy Louis O'Neill and Movant, Jamie O'Neill

    **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

    1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then **on or before AUGUST 15, 2022,** you or your attorney must do BOTH of the following things:

    (a) **FILE AN ANSWER** explaining your position at:

        Clerk, United States Bankruptcy Court  
        Robert N.C. Nix, Sr. Federal Courthouse  
        900 Market Street, Suite 400  
        Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above;

**AND**   (b) **MAIL A COPY** of the documents to the Movant's attorney:

        William B. Callahan, Esquire  
        PO Box 247  
        Gilbertsville, PA 19525  
        Telephone No. 484.680.0552

    2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A **HEARING ON THE MOTION** is scheduled to be held before the Hon. Ashley M. Chan on **AUGUST 24, 2022 AT 11:00 AM** in courtroom number 4, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107

    4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Court Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE: July 28, 2022