THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Timothy Louis ONeill, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-16451-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, hereby certify that a true and correct copy of Debtor's Response to Movant's Motion for Relief from the Automatic Stay was forwarded to the following parties on August 15, 2022:

***via Electronic Filing (ECF):***

William B. Callahan on behalf of Jamie O'Neill
bill@billcallahanlaw.com

Denise Elizabeth Carlon on behalf of Creditor Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

James Randolph Wood on behalf of Creditor Lower Pottsgrove Township
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

                                        ROSS, QUINN & PLOPPERT, P.C.

                              By:    */s/ Joseph Quinn*
                                          Joseph Quinn, Esquire
                                          Attorney I.D. No. 307467
                                          192 S. Hanover Street, Suite 101
                                          Pottstown, PA 19464
                                          JQuinn@rqplaw.com
                                          Counsel for Debtor

Date:  August 15, 2022