Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-16451-AMC**

Timothy Louis ONeill  
1928 N. Pleasant View Road  
Pottstown  PA   19464

Petition Filed Date: 10/15/2019  
341 Hearing Date: 11/22/2019  
Confirmation Date: 06/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $887.00 | | 05/24/2021 | $887.00 | | 06/22/2021 | $887.00 | |
| 07/22/2021 | $887.00 | | 08/23/2021 | $887.00 | | 09/22/2021 | $887.00 | |
| 10/22/2021 | $887.00 | | 11/22/2021 | $887.00 | | 12/22/2021 | $887.00 | |
| 01/25/2022 | $887.00 | | 02/23/2022 | $887.00 | | 03/22/2022 | $887.00 | |
| 04/25/2022 | $887.00 | | | | | | | |

**Total Receipts for the Period: $11,531.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $24,797.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Timothy Louis ONeill | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS) »» 02P | Priority Crediors | $13,352.82 | $13,352.82 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $236.99 | $0.00 | $236.99 |
| 4 | CAVALRY SPV INVESTMENTS LLC »» 003 | Unsecured Creditors | $2,821.08 | $0.00 | $2,821.08 |
| 5 | CAVALRY SPV INVESTMENTS LLC »» 004 | Unsecured Creditors | $3,895.78 | $0.00 | $3,895.78 |
| 6 | PHYSICIANS CLINIC OF IOWA »» 005 | Unsecured Creditors | $315.34 | $0.00 | $315.34 |
| 7 | CARRINGTON MORTGAGE SERVICES LLC »» 006 | Mortgage Arrears | $20,697.05 | $4,671.92 | $16,025.13 |
| 8 | CARVANT FINANCIAL LLC »» 007 | Secured Creditors | $9,723.25 | $2,194.81 | $7,528.44 |
| 9 | UNIFUND »» 008 | Unsecured Creditors | $5,798.38 | $0.00 | $5,798.38 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $8,097.18 | $0.00 | $8,097.18 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $3,907.15 | $0.00 | $3,907.15 |
| 12 | BECKET & LEE, LLP »» 011 | Unsecured Creditors | $3,433.89 | $0.00 | $3,433.89 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $50.00 | $0.00 | $50.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $2,449.00 | $2,449.00 | $0.00 |

Chapter 13 Case No. 19-16451-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,797.00 | Current Monthly Payment: | $887.00 |
| Paid to Claims: | $22,668.55 | Arrearages: | $2,661.00 |
| Paid to Trustee: | $2,128.45 | Total Plan Base: | $51,407.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.