THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Timothy Louis ONeill           :        Chapter 13
          Debtor           :        Bankruptcy No.: 19-16451-amc

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Timothy Louis ONeill, hereby certify that on August 19, 2022, a true and correct copy of Debtor's Motion to Sell Real Estate along with Notice of Motion was forwarded to the following parties, as follows:

*Via Electronic Filing (ECF) on August 19, 2022:*

Jerome B. Blank on behalf of Creditor Wells Fargo Bank, N.A.
paeb@fedphe.com

William B. Callahan on behalf of Jamie O'Neill
bill@billcallahanlaw.com

Denise Elizabeth Carlon on behalf of Creditor Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

James Randolph Wood on behalf of Creditor Lower Pottsgrove Township
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

*Via First Class US Mail on August 19, 2022:*

Michelle Allen, Bankruptcy Specialist
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Shari Tolmie, Bankruptcy Department
Carvant Financial LLC
6851 Jericho Turnpike Suite 245
Syosset, NY 11791

Cheryl Guziczek, Bankr Spec.
Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Bruce Rose, CEO
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

All other creditors not otherwise notified by ECF on the mailing matrix.

          **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*_____
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
Date: August 19, 2022       Counsel for Debtor