THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Timothy Louis ONeill | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-16451-amc |

# ORDER

**AND NOW**, upon consideration of the Motion to Sell Real Property, and upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that Timothy Louis ONeill and Jamie ONeill are granted permission to sell real property known as 1928 N. Pleasantview Road, Pottstown, PA 19464 ("Property") for the sale price of $317,000.00 to buyers Samuel Svanda, Sabrina Svanda, and Collin Svanda ("Buyers"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the following manner:

1. Estimated ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters  $ 1,200.00

2. Lien paid at closing – Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust c/o Carrington Mortgage Services, LLC *
   * the lien shall be paid in full and will vary accordingly based on actual settlement date.  Mortgage lender Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust shall retain its lien on the real property until the lien is paid in full  $ 175,000.00

3. Pennsylvania Real Estate Transfer Tax of 1.0%  $ 3,170.00

4. Commission to Kathleen Gail
   (Agent of Debtor and Jamie ONeill)  $ 7,925.00

5. Commission to CJ Pierre (Agent of Buyers)  $ 7,925.00

6. Exempt sale proceeds paid to Debtor Timothy Louis ONeill  $ 56,435.00

7. Exempt sale proceeds paid to Jamie ONeill  $ 60,890.00

8. Payment to Scott F. Waterman, Trustee  $ 4,435.00

   Total:  $ 317,000.00

This Order permitting sale of the real estate shall be effective and enforceable immediately upon entry. Timothy Louis ONeill and Jamie ONeill and Buyers are authorized to close the Sale immediately upon entry of this Sale Order.  The stay required under Bankruptcy Rule 6004(h) is hereby waived.

The title clerk shall fax a settlement statement from the closing directly to Scott F. Waterman, Chapter 13 Trustee upon the close of the settlement to (610) 779-3637. Payment of the sale proceeds due to Scott F. Waterman, Trustee shall be mailed by first class mail, postage prepaid to the payment address by Debtor's Counsel.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge