THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Timothy Louis ONeill,           :     Chapter 13
          Debtor           :     Bankruptcy No.: 19-16451-amc
_____ :

CERTIFICATE OF SERVICE

      I, Joseph Quinn, Esquire, attorney for Debtor-Movant Timothy Louis ONeill, hereby certify that a true and correct copy of Debtor's Motion to Approve Settlement of the Worker's Compensation Claim was forwarded to the following parties, as follows:

***Via Electronic Filing (ECF) on September 9, 2022:***

Jerome B. Blank on behalf of Wells Fargo Bank, N.A.
jblank@avallonelaw.com

William B. Callahan on behalf of Jamie O'Neill
bill@billcallahanlaw.com

Denise Elizabeth Carlon on behalf of Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

Matthew K. Fissel on behalf of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust I
wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Rebecca Ann Solarz on behalf of Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Andrew L. Spivack on behalf of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust I
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

James Randolph Wood on behalf of Lower Pottsgrove Township
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

1

***Via First Class US Mail on September 9, 2022:***

Michelle Allen, Bankruptcy Specialist
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Shari Tolmie, Bankruptcy Department
Carvant Financial LLC
6851 Jericho Turnpike Suite 245
Syosset, NY 11791

Cheryl Guziczek, Bankr Spec.
Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Bruce Rose, CEO
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

All creditors not otherwise notified by ECF on the mailing matrix.

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com
Counsel for Debtor

Date:  September 9, 2022