United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16451-amc |
| Timothy Louis ONeill | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Timothy Louis ONeill, 1928 N. Pleasant View Road, Pottstown, PA 19464-2219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 10, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Pottsgrove Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A. jblank@avallonelaw.com |
| JOSEPH L QUINN | on behalf of Debtor Timothy Louis ONeill CourtNotices@rqplaw.com |
| MATTHEW K. FISSEL | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I wbecf@brockandscott.com, matthew.fissel@brockandscott.com

REBECCA ANN SOLARZ
   on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM B. CALLAHAN
   on behalf of Jamie O'Neill bill@billcallahanlaw.com

TOTAL: 10

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Timothy Louis ONeill | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-16451-amc |

## ORDER

**AND NOW**, upon consideration of the Motion to Sell Real Property, and upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that Timothy Louis ONeill and Jamie ONeill are granted permission to sell real property known as 1928 N. Pleasantview Road, Pottstown, PA 19464 ("Property") for the sale price of $317,000.00 to buyers Samuel Svanda, Sabrina Svanda, and Collin Svanda ("Buyers"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the following manner:

1. Estimated ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters     $     1,200.00

2. Lien paid at closing – Wilmington Savings Fund Society, FSB,     $   175,000.00
   as Trustee of Stanwich Mortgage Loan Trust c/o
   Carrington Mortgage Services, LLC *
   * the lien shall be paid in full and will vary accordingly based on actual settlement date.  Mortgage lender Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust shall retain its lien on the real property until the lien is paid in full

3. Pennsylvania Real Estate Transfer Tax of 1.0%     $     3,170.00

4. Commission to Kathleen Gail     $     7,925.00
   (Agent of Debtor and Jamie ONeill)

5. Commission to CJ Pierre (Agent of Buyers)     $     7,925.00

6. Exempt sale proceeds paid to Debtor Timothy Louis ONeill     $    56,435.00

7. Exempt sale proceeds paid to Jamie ONeill     $    60,890.00

8. Payment to Scott F. Waterman, Trustee     $     4,435.00
                                                                  Total:     $   317,000.00

1

      This Order permitting sale of the real estate shall be effective and enforceable immediately upon entry. Timothy Louis ONeill and Jamie ONeill and Buyers are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) is hereby waived.

      The title clerk shall fax a settlement statement from the closing directly to Scott F. Waterman, Chapter 13 Trustee upon the close of the settlement to (610) 779-3637. Payment of the sale proceeds due to Scott F. Waterman, Trustee shall be mailed by first class mail, postage prepaid to the payment address by Debtor's Counsel.

BY THE COURT:

_____
Dated: September 8, 2022      HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge