THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Timothy Louis ONeill | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-16451-amc |

# CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on September 19, 2022, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on September 19, 2022:*

Jerome B. Blank on behalf of Creditor Wells Fargo Bank, N.A.
jblank@avallonelaw.com

William B. Callahan on behalf of Jamie O'Neill
bill@billcallahanlaw.com

Denise Elizabeth Carlon on behalf of Creditor Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

Matthew K. Fissel on behalf of Creditor Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust I
wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Rebecca Ann Solarz on behalf of Creditor Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Andrew L. Spivack on behalf of Creditor Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust I
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

James Randolph Wood on behalf of Creditor Lower Pottsgrove Township
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

*Via Certified Mail on September 19, 2022:*

Shari Tolmie, Bankr. Dept.
Carvant Financial, LLC
6851 Jericho Turnpike Suite 245
Syosset, NY 11791

*Via First Class United States Mail on September 19, 2022:*

Aimee Cobb, Bankr Admin.
Nissan Motor Acceptance Corp.
PO Box 660366
Dallas, TX 75266-0366

Michelle Allen, Bankr Spec.
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Cheryl Guziczek, Bankr Spec.
Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

All other creditors on the mailing matrix not noticed by way of ECF.

                                                     **ROSS, QUINN & PLOPPERT, P.C.**

                                                     By: */s/ Joseph Quinn*
                                                        Joseph Quinn, Esquire
                                                        Attorney I.D. 307467
                                                        Ross, Quinn & Ploppert, P.C.
                                                        192 S. Hanover Street, Suite 101
                                                        Pottstown, PA  19464
                                                        Ph: (610) 323-5300
                                                        F:  (610) 323-6081

Dated: September 19, 2022