THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Timothy Louis ONeill : Chapter 13
        Debtor : Bankruptcy No.: 19-16451-amc

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor, Timothy Louis ONeill, effective immediately, to:

>3539 West Skippack Pike
>Harleysville, PA 19438


By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
ROSS, QUINN & PLOPPERT, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph; (610) 323-5300
jquinn@rqplaw.com

Date: October 6, 2022