THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Timothy Louis ONeill,  :  Chapter 13
           Debtor  :  Bankruptcy No.: 19-16451-amc
_____ :

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Timothy Louis ONeill, Debtor in the above-captioned matter.

2. That a copy of the Motion to Approve a settlement between Debtor Timothy Louis ONeill, TJ's Outdoor Maintenance, Inc. and Flagship City Insurance Company was served upon parties in interest on September 9, 2022.

3. That a Notice of Motion, along with a Certificate of Service, was filed with this Court on September 9, 2022 declaring service to the parties in interest.

4. A response to the Motion was due on or before September 30, 2022.

5. No response to said Motion has been received as of October 7, 2022.

                                      ROSS, QUINN & PLOPPERT, P.C.

                                  BY:    */s/ Joseph Quinn*
                                               Joseph Quinn, Esquire
                                               Attorney I.D. No. 307467
                                               192 S. Hanover Street, Suite 101
                                               Pottstown, PA  19464
                                               T: (610) 323 - 5300
                                               F: (610) 323 - 6081
Date:  October 7, 2022                    JQuinn@rqplaw.com