THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Timothy Louis ONeill, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-16451-amc |
| _____ | : | |

## ORDER

AND NOW, upon the motion of Debtor Timothy Louis ONeill to approve the settlement of worker's compensation claim by and between Debtor, TJ's Outdoor Maintenance, Inc. and Flagship City Insurance Company,

IT IS HEREBY ORDERED that the settlement of the claim for $160,000.00 is hereby APPROVED; and

IT IS FURTHER ORDERED that distribution of settlement funds shall be as follows: $32,000.00 attorney fee to Drew Quinones, Esquire and $128,000.00 to Timothy Louis ONeill.

**Date: October 13, 2022**

BY THE COURT:

_____
HON. ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE