THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Timothy Louis ONeill,    :    Chapter 13
          Debtor    :    No. : 19-16451-amc

## **CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Timothy Louis ONeill, Debtor in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on September 19, 2022.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on September 19, 2022.

4. That a certificate of service was filed with the court on September 19, 2022 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before October 10, 2022.

6. No response to said Motion has been received as of October 17, 2022.

                                              ROSS, QUINN & PLOPPERT, P.C.

                                    BY:    */s/ Joseph Quinn*
                                              Joseph Quinn, Esquire
                                              Attorney I.D. No. 307467
                                              192 S. Hanover Street, Suite 101
                                              Pottstown, PA  19464
                                              T: (610) 323 - 5300
                                              F: (610) 323 - 6081
Date:  October 17, 2022                 JQuinn@rqplaw.com