United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-16451-amc
Timothy Louis ONeill     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Feb 23, 2023     Form ID: 138OBJ     Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Louis ONeill, 3539 West Skippack Pike, Harleysville, PA 19438-3322 |
| 14405293 | + | Carvant Financial Llc, 211 Robbins Lane, Syosset, NY 11791-6004 |
| 14405295 | + | Collins Asset Group, Po Box 163614, Austin, TX 78716-3614 |
| 14579091 | + | Lower Pottsgrove Township, c/o James R. Wood, Esq., 2700 Horizon Drive, Ste 100, King of Prussia, PA 19406-2726 |
| 14578959 | + | Lower Pottsgrove Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14499969 | + | Nissan Motor Acceptance Corp, c/o Rebecca A. Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14447520 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14419396 | + | Unifund CCR, LLC, c/o Tsarouhis Law Group, 21 South 9th Street, Allentown, PA 18102-4861 |
| 14414738 | | Wells Fargo Bank, N.A., C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 24 2023 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14405292 | | Email/Text: ebn@americollect.com | Feb 24 2023 00:05:00 | Americollect Inc, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 14416337 | | Email/Text: REPO@CARVANT.COM | Feb 24 2023 00:05:00 | Carvant Financial LLC, 6851 Jericho Turnpike, Suite 245, Syosset, NY 11791 |
| 14433327 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2023 00:12:56 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14716286 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2023 00:05:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806-5948 |
| 14405294 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2023 00:05:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14412653 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2023 00:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14405296 | + | Email/Text: bankruptcy@avadynehealth.com | Feb 24 2023 00:05:00 | H & R Accounts Inc, 7017 John Deere Parkway, Moline, IL 61265-8034 |
| 14405297 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2023 00:05:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14405298 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2023 00:05:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14405299 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2023 00:05:00 | Midland Funding, 320 East Big Beaver, Troy, MI |

Case 19-16451-amc   Doc 117   Filed 02/25/23   Entered 02/26/23 00:33:31   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | | 48083-1238 |
| 14405300 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 24 2023 00:05:00 | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 14499779 | ^ | MEBN | Feb 24 2023 00:00:18 | Nissan Motor Acceptance Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14413533 | + | Email/Text: bankruptcy@avadynehealth.com | Feb 24 2023 00:05:00 | PHYSICIANS CLINIC OF IOWA, C/O H&R ACCOUNTS INC, PO BOX 672, MOLINE, IL 61266-0672 |
| 14430351 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2023 00:12:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14405301 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2023 00:13:03 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14437247 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2023 00:05:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14405302 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 00:13:06 | THD/CBSD, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14716285 | + | Email/Text: EBN@brockandscott.com | Feb 24 2023 00:05:00 | WILMINGTON SAVINGS FUND SOCIETY ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14414391 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 24 2023 00:12:44 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14405303 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 24 2023 00:13:02 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 14583956 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2023 00:05:00 | Wilmington Savings Fund Society, FSB as Trustee, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

Case 19-16451-amc    Doc 117    Filed 02/25/23    Entered 02/26/23 00:33:31    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

ANDREW L. SPIVACK
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Lower Pottsgrove Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank N.A. jblank@pincuslaw.com

JOSEPH L QUINN
    on behalf of Debtor Timothy Louis ONeill CourtNotices@rqplaw.com

MATTHEW K. FISSEL
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I wbecf@brockandscott.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM B. CALLAHAN
    on behalf of Jamie O'Neill bill@billcallahanlaw.com


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Timothy Louis ONeill

    Debtor(s)

Case No: 19−16451−amc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/23/23

115 − 112
Form 138OBJ